ANN M. ALEXANDER, ESQ. (#7256)
ALEXANDER & ASSOCIATES, INC.
425 Marsh Avenue, Suite 1
P.O. Box 5790
Reno, Nevada 89513
Tel. (775)800-1128
Fax. (775)800-1227
alexander@amalexlaw.com
**Attorney for Defendants**

LAGOMARSINO LAW
ANDRE M. LAGOMARSINO, ESQ. (#6711)
DAVEN P. CAMERON, ESQ. (#l4179)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Tel. (702)383-2864
Fax. (702)383-0065
aml@lagomarsinolaw.com
daven@lagomarsinolaw.com
**Attorneys for Plaintiff John Doe**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, a minor, by and through his natural parents, JANE DOE and JOE DOE, Plaintiff, <br> v. <br> CARSON CITY SCHOOL DISTRICT, a political subdivision of the State of Nevada; JORDAN CRITTENDEN, individually; LISA HUTCHISON, individually; Defendants. | Case No. 3:20-CV-00177-LHR-CLB <br><br> **STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE AND SETTLEMENT CONFERENCE** <br><br> **(First Request)** |

Pursuant to LR IA 6-1, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court continue the Video Status Conference scheduled for 1/25/2021 at 10:00 AM (ECF No. 24).  The parties also stipulate and request that this Court continue the Settlement Conference scheduled for 2/1/2021 at 9:00 a.m. (ECF No. 18).  This is the first stipulation for continuance of a status conference and a settlement conference.

The parties are actively engaged in good faith settlement discussions, and they believe that the settlement discussions will resolve the case prior to March 1, 2021.  The parties agree

that it is in the best interests of their clients to continue those discussions without the need to expend resources to prepare for and participate in a formal settlement conference at this time. Discovery is scheduled to close on April 21, 2021 (ECF No. 23).

With respect for and in consideration of the limited resources of the Court, and for the reasons stated above, the parties stipulate and request that the Court continue the dates for the Video Status Conference and the Settlement Conference and reschedule these conferences on dates convenient for the Court and the parties, with such dates to be scheduled on or after March 1, 2021.

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| DATED this 19th day of January, 2021. | DATED this 19th day of January, 2021. |
| ALEXANDER & ASSOCIATES, INC. | LAGOMARSINO LAW |
| By: __/s/ Ann M. Alexander__<br>ANN M. ALEXANDER, ESQ. (#7256)<br>P.O. Box 5790<br>Reno, Nevada 89513<br>*Attorney for Defendants* | By: __/s/ Daven P. Cameron__<br>ANDRE M. LAGOMARSINO, ESQ. (#6711)<br>DAVEN P. CAMERON, ESQ. (#14179)<br>3005 W. Horizon Ridge Pkwy., #241<br>Henderson, Nevada 89052<br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 20, 2021