**NOTC**
**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
3005 West Horizon Ridge Parkway, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
*Attorney for Plaintiff John Doe*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, a minor, by and through his natural parents, JANE DOE and JOE DOE, <br><br> Plaintiff(s), <br><br> v. <br><br> CARSON CITY SCHOOL DISTRICT, a political subdivision of the State of Nevada; JORDAN CRITTENDEN, individually; LISA HUTCHISON, individually; <br><br> Defendants. | CASE NO: 3:20-cv-0177-LRH-CLB <br><br><br> **NOTICE OF DISASSOCIATION OF COUNSEL** |

Please be advised that DAVEN P. CAMERON, ESQ. is no longer associated with LAGOMARSINO LAW. LAGOMARSINO LAW and ANDRE M. LAGOMARSINO, ESQ. remain as counsel for the Plaintiff in the above referenced case.

DATED this 24 day of February, 2021.

IT IS SO ORDERED.

Dated: February 25, 2021

_____
UNITED STATES MAGISTRATE JUDGE

**LAGOMARSINO LAW**

_____
ANDRE M. LAGOMARSINO, ESQ. (#6711)
3005 West Horizon Ridge Parkway, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
*Attorney for Plaintiff John Doe*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that on this 24th day of February, 2021, I served a true copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** on all parties to this action by electronic service, via eFlex or CM/ECF, to the following:

ERICKSON, THORPE & SWAINSTON, LTD.
Attn: Ann M. Alexander, Esq.
aalexander@estreno.com
*Attorney for Defendants*

/s/ Mary Nelson
An Employee of Lagomarsino Law