|   |   |
|---|---|
| 1 | ANN M. ALEXANDER, ESQ. (#7256) |
|   | ALEXANDER & ASSOCIATES, INC. |
| 2 | 450 Marsh Avenue, Suite 1 |
|   | P.O. Box 5790 |
| 3 | Reno, Nevada 89513 |
|   | Tel. (775)800-1128 |
| 4 | Fax. (775)800-1227 |
|   | alexander@amalexlaw.com |
| 5 | **Attorney for Defendants** |

LAGOMARSINO LAW
ANDRE M. LAGOMARSINO, ESQ. (#6711)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Tel. (702)383-2864
Fax. (702)383-0065
aml@lagomarsinolaw.com
**Attorneys for Plaintiff John Doe**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, a minor, by and through his natural parents, JANE DOE and JOE DOE, Plaintiff, v. CARSON CITY SCHOOL DISTRICT, a political subdivision of the State of Nevada; JORDAN CRITTENDEN, individually; LISA HUTCHISON, individually; Defendants. | Case No. 3:20-CV-00177-LHR-CLB  **NOTICE OF SETTLEMENT AND REQUEST TO VACATE SETTLEMENT CONFERENCE** |

The parties by and through their respective counsel of record, hereby notify the Court that the parties have reached a settlement in this case. Counsel for Plaintiff is preparing and will promptly file a petition and proposed order to compromise the claims of the minor for this Court's consideration.

Because the case has been settled pending this Court's order approving the compromise of the minor's claim, the parties respectfully request that the video status conference set for 3/29/2021 at 9:00 AM before Magistrate Judge Carla Baldwin (ECF No. 28) be vacated.

The parties also respectfully request that the virtual settlement conference scheduled for 4/6/2021 at 9:00 AM before Magistrate Judge Carla Baldwin (ECF No. 27) be vacated.

**RESPECTFULLY SUBMITTED,**

DATED this 8th day of March, 2021.

ALEXANDER & ASSOCIATES, INC.

By: ___/s/ Ann M. Alexander___
ANN M. ALEXANDER, ESQ. (#7256)
P.O. Box 5790
Reno, Nevada 89513
*Attorney for Defendants*

DATED this 8th day of March, 2021.

LAGOMARSINO LAW

By: ___/s/ Andre M. Lagomarsino___
ANDRE M. LAGOMARSINO, ESQ. (#6711)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
*Attorneys for Plaintiff*

IT IS SO ORDERED.

Dated: March 10, 2021

_____
UNITED STATES MAGISTRATE JUDGE